**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 3:97-CR-077-RCJ-VPC-3 |
| vs. | **ORDER** |
| Juan Garcia-Ochoa, | |
| Defendant. | |

A document requesting a court order must be styled as a motion, not a letter. See FED. R. CIV. P. 7; LR IA 10-1. Letters to a judge will be disregarded. Therefore, the Letters dated March 15, 2019 (ECF No. 210), April 15, 2019 (ECF No. 211), and April 23, 2019 (ECF No. 212) will be stricken from the record.

**CONCLUSION**

IT IS HEREBY ORDERED that the Letters dated March 15, 2019 (ECF No. 210), April 15, 2019 (ECF No. 211), and April 23, 2019 (ECF No. 212) be stricken from the record.

IT IS SO ORDERED.

Dated this 6th day of September 2019.

_____
ROBERT C. JONES
United States District Judge