**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:97-CR-00077-RCJ-VPC-3 |
| Plaintiff, | **Stipulation to Continue Supplement's Deadline to Motion for Compassionate Release** |
| v. | (Fourth Request) |
| JUAN GARCIA-OCHOA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Elizabeth O. White, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Juan Garcia-Ochoa, request that the due date for Mr. Garcia-Ochoa's Supplement to Motion for Compassionate Release (ECF No. 214), be extended from October 19, 2022, to December 19, 2022; and that the due date for the government's response be extended until January 9, 2023.

This Stipulation is entered into for the following reasons:

1.     Defense counsel has been unable to meet with Mr. Ochoa-Garcia to discuss related issues to the motion due to COVID-19 exposure.

2. Defense counsel needs additional time to investigate Mr. Ochoa-Garcia's medical issues, which are pertinent to the motion.

3. Mr. Ochoa-Garcia is in custody and agrees with the need to continue the motion deadlines.

4. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

This is the fourth request for a continuance of the supplement deadline. DATED this 18th day of October, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Jacquelyn N. Witt<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By /s/ Elizabeth O. White<br>ELIZABETH O. WHITE<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAN GARCIA-OCHOA,<br><br>　　　　Defendant. | Case No. 2:13-cr-00252-JAD-PAL<br><br>ORDER |

　　IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to December 19, 2022; and that the Government's deadline to file its response is extended to January 9, 2023.

　　DATED this 19th day of October 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE