UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN GARCIA-OCHOA,<br><br>Defendant. | Case No. 3:97-CR-00077-RCJ-VPC-3<br><br>**ORDER ON**<br><br>**Stipulation to Continue Supplement's Deadline to Motion for Compassionate Release**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert L. Ellman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Juan Garcia-Ochoa, request that the due date for Mr. Garcia-Ochoa's Supplement to Motion for Compassionate Release (ECF No. 214), be extended from December 19, 2022, to February 17, 2023; and that the due date for the government's response be extended until March 3, 2023.

This Stipulation is entered into for the following reasons:

1. Defense counsel has requested additional documents pertinent to the motion and will need time to review the documents upon receipt.

2. Defense counsel needs additional time to speak with Mr. Ochoa-Garcia and conduct necessary investigation.

3. Mr. Ochoa-Garcia is in custody and agrees with the need to continue the motion deadlines.

4. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

This is the fifth request for a continuance of the supplement deadline.

DATED this 14th day of December, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Robert L. Ellman*<br>ROBERT L. ELLMAN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN GARCIA-OCHOA,<br><br>　　　　　Defendant. | Case No. 3:97-cr-00077-RCJ-VPC<br><br>ORDER |

　　　IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to February 17, 2023; and that the Government's deadline to file its response is extended to March 3, 2023.

　　　DATED this  15th  day of December 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3